IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES YOUNG                                                                                          PLAINTIFF

vs.                                             No. 4:18-cv-513

CITY OF LITTLE ROCK, LITTLE ROCK                                                       DEFENDANTS
WATER RECLAMATION AUTHORITY, and
GREG RAMON, in his official capacity

# ORDER

Pending is Plaintiff's motion to remand. (Docket No. 7). Defendants have responded, and the motion is ripe for consideration. For the reasons stated below, the motion is granted.

Plaintiff filed this action in the Circuit Court of Pulaski County (No. 60CV-18-4905) on July 13, 2018. The complaint stated that jurisdiction and venue were proper in Pulaski County per Title VII of the Civil Rights of 1964 and Ark. Code Ann. § 16-123-107. In paragraph 42 of the original complaint, he requested all damages available to him per the Arkansas Civil Rights Act of 1993 ad well as Title VII of the Civil Rights Act of 1964. In his three enumerated claims for relief, however, Plaintiff only seeks relief pursuant to the Arkansas Whistle-Blower Act, Ark. Code Ann. § 21-1-601 *et seq*., and the Arkansas Civil Rights Act of 1993, Ark. Code Ann. § 16-123-101 *et seq*.

On August 9, 2018, the Water Reclamation Authority and Greg Ramon removed the case to this Court on the basis that the complaint stated a claim that arose under the laws of the United States. In his response to the motion, Plaintiff denied that he had made a federal claim. Subsequently, on October 3, 2018, Plaintiff amended his compliant to clarify that he was not making a federal claim by removing reference to the request for damages pursuant to the federal

civil rights act.

The motion to remand the case back to state court (Docket No. 7) is GRANTED. The Clerk is directed to immediately remand the case back to the Circuit Court of Pulaski County, Arkansas, Fifth Division. In light of the remand, the Court is not going to rule on the City of Little Rock's pending motion to dismiss.

IT IS SO ORDERED this 3rd day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE